# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Public Warehousing Company K.S.C. | ) | ASBCA No. 57510 |
| | ) | |
| Under Contract No. SPO300-03-D-3061 | ) | |

APPEARANCES FOR THE APPELLANT:   Michael R. Charness, Esq.
Adrianne Goins, Esq.
Elizabeth Krabill McIntyre, Esq.
Ryan D. Stalnaker, Esq.
  Vinson & Elkins L.L.P.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
John F. Basiak, Jr., Esq.
Keith J. Feigenbaum, Esq.
Kari L. Scheck, Esq.
  Trial Attorneys
  DLA Troop Support
  Philadelphia, PA

## ORDER OF DISMISSAL

Appellant has filed an unopposed motion to dismiss with prejudice. Accordingly, the appeal is dismissed with prejudice.

Dated: 13 June 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57510, Appeal of Public Warehousing Company K.S.C., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals